TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
EMILY L. DYER, ESQ., Nevada Bar No. 14512
edyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Wynn Resorts, Limited; Wynn Resorts Holdings, LLC; Wynn America Group, LLC; Wynn Las Vegas Holdings, LLC; Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDER XAVIER JARAMILLO,<br><br>*Plaintiff*,<br><br>v.<br><br>WYNN RESORTS, LIMITED; WYNN RESORTS HOLDINGS, LLC; WYNN AMERICA GROUP, LLC; WYNN LAS VEGAS HOLDINGS, LLC; WYNN LAS VEGAS, LLC; DOES I THROUGH X INCLUSIVE, AND ROE BUSINESS ENTITIES I THROUGH X INCLUSIVE,<br><br>*Defendants*. | CASE NO.:   2:20-CV-00301-GMN-BNW<br><br>**CERTIFICATE OF<br>INTERESTED PARTIES** |

Pursuant to FRCP 7.1 and LR 7.1-1, Defendants Wynn Resorts, Limited, Wynn Resorts Holdings, LLC, Wynn America Group, LLC, Wynn Las Vegas Holdings, LLC, and Wynn Las Vegas, LLC (collectively referred to as "Wynn"), by and through their counsel of record, Travis F. Chance, Esq. and Emily L. Dyer, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, certify that the following may have a direct, pecuniary interest in the outcome of this case and/or are the parent, subsidiary, affiliate and/or insider of the named nongovernmental, corporate party, and/or a publicly held corporation owning ten percent (10%) or more of its stock:

1. Wynn Resorts Holdings, LLC is a subsidiary of Wynn Resorts, Limited, a publicly held corporation.

20306025                                       1

2. Wynn America Group, LLC is a subsidiary of Wynn Resorts Holdings, LLC.

3. Wynn Las Vegas Holdings, LLC is a subsidiary of Wynn America Group, LLC.

4. Wynn Las Vegas, LLC is a subsidiary of Wynn Las Vegas Holdings, LLC.

5. Wynn Las Vegas, LLC's subsidiaries are:

   a. Kevyn LLC;

   b. Wynn Show Performers, LLC;

   c. WLV Events, LLC;

   d. Wynn Las Vegas Capital Corp.;

   e. World Travel, LLC; and

   f. Wynn Sunrise, LLC.

6. PW Automotive, LLC is a joint venture that is owned 50% by Kevyn, LLC and 50% by United Auto Group, Inc.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 13th day of February, 2020.

                BROWNSTEIN HYATT FARBER SCHRECK, LLP

                BY: */s/ Travis F. Chance*
                      TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
                      tchance@bhfs.com
                      EMILY L. DYER, ESQ., Nevada Bar No. 14512
                      edyer@bhfs.com
                      100 North City Parkway, Suite 1600
                      Las Vegas, NV  89106-4614
                      Telephone:  702.382.2101
                      Facsimile:   702.382.8135

                      *Attorneys for Defendants Wynn Resorts, Limited; Wynn Resorts Holdings, LLC; Wynn America Group, LLC; Wynn Las Vegas Holdings, LLC; Wynn Las Vegas, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2020, I served a copy of the foregoing **CERTIFICATE OF INTERESTED PARTIES** upon each of the parties by mailing a true and correct copy thereof, postage prepaid, addressed to:

Alexander X. Jaramillo<br>
1016 Crescent Moon Drive<br>
North Las Vegas, NV  89031<br>
(281) 773-3588<br>
Alexjaramillo007@yahoo.com

*Plaintiff, in Proper Person*

 *Paula Kay*
An employee of Brownstein Hyatt Farber Schreck, LLP

20306025

3