# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDER XAVIER JARAMILLO, | Case No. 2:20-cv-00301-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| WYNN RESORTS, LIMITED, et al., | |
| Defendants. | |

This matter is before the court on plaintiff Alexander Jaramillo's failure to comply with the court's order (ECF No. 9) dated March 25, 2020. In that order, the court required Mr. Jaramillo to respond to defendants' proposed discovery plan and scheduling order by April 6, 2020, including by addressing whether he agrees to a stay of discovery. (*Id*. at 5.) To date, Mr. Jaramillo has not complied with this order. Mr. Jaramillo must comply with this order by April 24, 2020. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: April 9, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE