# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEXANDER XAVIER JARAMILLO,<br><br>Plaintiff,<br><br>v.<br><br>WYNN RESORTS, LIMITED, et al.,<br><br>Defendants. | Case No. 2:20-cv-00301-GMN-BNW<br><br>**REPORT AND RECOMMENDATION** |

This matter is before the court on plaintiff Alexander Jaramillo's failure to comply with the court's orders (ECF Nos. 9, 10, 11) dated March 25, 2020, April 10, 2020, and April 30, 2020.

In the court's first order (ECF No. 9), the court required Mr. Jaramillo to respond to defendants' proposed discovery plan and scheduling order by April 6, 2020, including by addressing whether he agrees to a stay of discovery. (*Id*. at 5.) Mr. Jaramillo did not comply with this order.

Accordingly, the court issued a second order (ECF No. 10), directing Mr. Jaramillo to comply with the court's order by April 24, 2020. The court stated that a failure to comply with this order would result in the issuance of an order to show cause. (*Id.* at 1.) Mr. Jaramillo did not comply with this order.

In turn, this court issued an order to show cause why sanctions should not be imposed for failure to comply with this court's orders. (ECF No. 11.) The court noted that if Mr. Jaramillo responded to defendants' proposed discovery plan and scheduling order by June 1, 2020, it would consider the order to show cause satisfied. (*Id.*) Mr. Jaramillo has not responded to this order to show cause, requested an extension of time to do so, or filed anything else in this case since the court issued its order. Accordingly, Mr. Jaramillo appears to have abandoned his case.

1   IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

### NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: June 5, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE